**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THOMAS CZEREPINSKI, *on behalf of himself and all others similarly situated*,

                Plaintiff,

    - against -

MRS BPO, LLC,

                Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 18-7448 (JMA)(ST)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on Janaury 30, 2020, granting defendant's motions to dismiss under Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing this case with prejudice, and directing the Clerk of Court to enter judgment accordingly and mark this case closed, it is

**ORDERED AND ADJUDGED** that plaintiff Thomas Czerepinski take nothing of defendant MRS BPO, LLC; that defendant's motion to dismiss is granted; that this case is dismissed with prejudice; and that this case is closed.

Dated: January 31, 2020
       Central Islip, New York

                              DOUGLAS C. PALMER
                              CLERK OF THE COURT
                  BY:   /S/ JAMES J. TORITTO
                              DEPUTY CLERK